IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

JACK M. TAYLOR, )
)
        Plaintiff, )
)
vs. ) Case No. 15-CV-0853-ODS-SSA
)
CAROLYN W. COLVIN, )
Acting Commissioner of Social Security )
)
        Defendant. )

## ORDER GRANTING DEFENDANT'S MOTION TO REVERSE AND REMAND

Defendant moves to reverse and remand pursuant to sentence 4 of 42 U.S.C. § 405(g). Doc. #14. Defendant asserts that upon receipt of the Court's remand order, the Appeals Council will remand this case to the ALJ who will be directed to further evaluate Plaintiff's claim based on the evidence of record as a whole, including the medical opinion evidence, particularly the opinions of Dr. Pickett, Dr. Kesl, and Dr. Zipper. *Id.* Plaintiff does not oppose Defendant's Motion. Doc. #15. Accordingly, Defendant's Motion is granted. The Commissioner's final decision denying benefits is reversed, and the case is remanded to the Commissioner for reconsideration as set forth in the Commissioner's motion.

IT IS SO ORDERED.

DATE: July 12, 2016

/s/ Ortrie D. Smith
ORTRIE D. SMITH, SENIOR JUDGE
UNITED STATES DISTRICT COURT